UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIA M. TINGLER,<br><br>Defendant. | No. 2:23-mc-00205 KJM AC<br><br><br><br>ORDER |
| LAKE TAHOE PROPERTIES, INC., DBA LAKE TAHOE ACCOMMODATIONS,<br><br>Garnishee. | |

On July 31, 2023 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days. ECF No. 11. Plaintiff has not filed objections to the findings and recommendations."

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

1

by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2023, are adopted in full; and

2. The United States' Request for Findings and Recommendations for Final Order of Continuing Garnishment be GRANTED;

3. Garnishee Lake Tahoe Properties, Inc., DBA Lake Tahoe Accommodations be directed to pay the Clerk of the United States District Court twenty-five percent (25%) of Victoria M. Tingler's ongoing and non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses;

4. Garnishee Lake Tahoe Properties, Inc., DBA Lake Tahoe Accommodations be directed to pay the Clerk of the United States District Court the amount of non-exempt disposable earnings, including, but not limited to wages, earnings, commissions, and bonuses, already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:13-CR-0027-KJM) shall be stated on the payment instrument;

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6.. The garnishment shall terminate when (1) the United States seeks to terminate the writ or (2) when the judgment amount is fully satisfied.

DATED: September 22, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE